# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>HECTOR FLORES,<br><br>Respondent. | Case No. 24-cv-3938 (DWF/TNL)<br><br>**ORDER** |

On October 16, 2024, Petitioner United States of America filed a Petition to Determine Present Mental Condition of an Imprisoned Person Due for Release Under 18 U.S.C. § 4246. Petitioner requested permission to seal Exhibit C in the above referenced matter because it contains sensitive personal medical information throughout. *See* ECF No. 6; Pet'r's Mem. in Supp. at 1-2, ECF No. 7.

Being duly advised in the matter, **IT IS HEREBY ORDERED** that the Motion for Sealing, ECF No. 6, is **GRANTED**. The Clerk of Court shall seal Exhibit C in its entirety, and it shall remain under seal until further Order of the Court. Petitioner may provide copies of the sealed Exhibit C to the Office of the Federal Defender to serve Respondent and effectuate the representation of Respondent in this matter.

**IT IS FURTHER ORDERED** that any additional medical or psychological evaluations or medical records filed by the parties shall be filed under seal.

Dated: October 17, 2024

                                                         *s/Tony N. Leung*
                                                         TONY N. LEUNG
                                                         United States Magistrate Judge